■ BETTINA MARIANO v. GIUSEPPE MARIANO.— Motion for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ DAVID M. SCHWARZ v. WILLARD J. LEWIS CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ JOSEPHINE CALLAHAN v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ANNA M. GARDNER, as Executrix of PERCY GARDNER, Deceased, v. FRANK GERSTEIN et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ CHARLES ABARNO et al. v. CITY OF NEW YORK et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ RELDAN TRADING CORP. v. NELSON H. HAUSE.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, M. M. Frank and Valente, JJ.

■ MARY GOINES v. PENNSYLVANIA RAILROAD COMPANY et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bastow, JJ.

■ JOHN E. MULHERN v. HELEN J. MULHERN.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied. Concur — Breitel, J. P., Rabin, M. M. Frank and McNally, JJ.

■ EUGENE F. DUNN et al. v. CITY OF NEW YORK et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOSEPH MOOK et al. v. SAMUEL S. BERGER et al.— Motion for reargument denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente and McNally, JJ.

■ VICTORIA G. CLARK, as Administratrix of the Estate of JOHN CLARK, Deceased, v. ICELAND STEAMSHIP COMPANY, LTD., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente and McNally, JJ.

■ MOVIETIME, INC. v. COUNCIL OF MOTION PICTURE ORGANIZATIONS, INC., et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Valente, McNally and Bergan, JJ.

■ SIMON FINKELSTEIN v. CENTRAL MUTUAL INSURANCE COMPANY.— Application denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ IRVING GREENFIELD v. REVLON PRODUCTS CORP.— Application denied, with $10 costs, and the stay is vacated. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ EUGENE DECORATORS, INC. v. CHARLES FINBERG.— Application denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.

■ MURRAY L. JACOBS v. FOELLY CRANE et al.— Application denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.